**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Juan Alberto GUZMAN-SANCHEZ,**
**Defendant-Appellant**

**No. 16-41322**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed July 19, 2017

published and is not precedent except under the limited circumstances set forth in 5TH CIR.

R. 47.5.4.

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Juan Alberto Guzman-Sanchez, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Alberto Guzman-Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guzman-Sanchez has filed a response, seeking appointment of counsel to assist with his appeal. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guzman-Sanchez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Guzman-Sanchez's motion for appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.